WEINBERG, ROGER & ROSENFELD

ASHLEY K. IKEDA  2955-0
JERRY P.S. CHANG 6671-0
Central Pacific Plaza
220 S. King Street, Suite 901
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:  (808) 528-8881
e-mail:  aikeda@unioncounsel.net
            jchang@unioncounsel.net

Attorneys for Plaintiffs
TRUSTEES OF THE HAWAII SHEET
METAL WORKERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII SHEET METAL WORKERS' TRUST FUNDS (Pension, Health & Welfare, Annuity, Training and Vacation & Holiday, by their Trustees, Glenn Saito, Skye Matsumoto, Sam Fujikawa, Paul Saito, Arthur B. Tolentino, Rick V. Paulino, Jeanine Lum, and Paul Fujinaga),<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>AKUA AIR CONDITIONING LLC, a Hawaii Limited Liability Company, CATHERINE A. BAITLON, and CALBERT H. BAITLON,<br><br>　　　　　　Defendants.<br>_____ | CIVIL NO. 21-00265-JMS-RT<br><br>**DEFAULT JUDGMENT BY CLERK AGAINST DEFENDANTS AKUA AIR CONDITIONING LLC, a Hawaii Limited Liability Company, CATHERINE A. BAITLON, and CALBERT H. BAITLON** |

## DEFAULT JUDGMENT BY CLERK AGAINST
## DEFAULT JUDGMENT BY CLERK AGAINST DEFENDANTS AKUA AIR CONDITIONING LLC, a Hawaii Limited Liability Company, CATHERINE A. BAITLON, and CALBERT H. BAITLON

Defendants AKUA AIR CONDITIONING LLC, a Hawaii Limited Liability Company, CATHERINE A. BAITLON, and CALBERT H. BAITLON (collectively "Defendants"), having failed to plead or otherwise defend in this action and its default having been entered herein;

NOW, upon application of the above-named Plaintiffs and upon the declarations submitted, JUDGMENT IS HEREBY ENTERED against Defendants, jointly and severally, in the sum of $32,706.53, together with interest accruing from June 1, 2021 until entry of this judgment herein at $.74 per diem, plus legal interest from entry of this judgment until paid.

IT IS FURTHER ORDERED that the entry of this judgment shall be without prejudice to Plaintiffs' right to seek other and further sums owed by Defendants, arising from hours worked during any period of time not heretofore audited.

DATED: Honolulu, Hawaii, August 6, 2021.

Michelle Rynne, Clerk
CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

/s/ EA, Deputy Clerk
DEPUTY CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

---

TRUSTEES OF THE HAWAII SHEET METAL WORKERS' TRUST FUNDS, et al., ("Plaintiffs") v. AKUA AIR CONDITIONING LLC, a Hawaii Limited Liability Company, CATHERINE A. BAITLON, and CALBERT H. BAITLON ("Defendants"); United States District Court, District of Hawaii, CIVIL NO. 21-00265-JMS-RT; DEFAULT JUDGMENT.