YOSHIDA & ASSOCIATES
A Law Corporation

RANDAL YOSHIDA (Hawaii Bar No. 3059)
randal@ERISAfundcounsel.com
NOAH K. PETERSON (Hawaii Bar No. 10734)
noah@ERISAfundcounsel.com
ROBERT ZANE (Hawaii Bar No. 10719)
robert@ERISAfundcounsel.com
RYAN YOSHIDA (Hawaii Bar No. 11496)
ryan@ERISAfundcounsel.com
P.O. Box 61474
Honolulu, Hawaii 96839-1474
Telephone: (808) 536-6614
Facsimile: (808) 206-9898

Attorneys for Plaintiffs
TRUSTEES OF THE HAWAII SHEET
METAL WORKERS' TRUST FUNDS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII SHEET METAL WORKERS' TRUST FUNDS (Pension, Health & Welfare, Annuity, Training and Vacation & Holiday, by their Trustees, Glenn Saito, Skye Matsumoto, Sam Fujikawa, Paul Saito, Arthur B. Tolentino, Rick V. Paulino, Jeanine Lum, and Paul Fujinaga), <br><br> Plaintiffs, <br><br> vs. <br><br> AKUA AIR CONDITIONING LLC, a Hawaii Limited Liability Company; | CIVIL NO. 21-00265-JMS-RT <br><br> PLAINTIFFS' MOTION FOR ORDER OF EXAMINATION OF JUDGMENT DEBTORS: (1) AKUA AIR CONDITIONING LLC, a Hawaii Limited Liability Company, by its members Catherine A. Baitlon and Calbert H. Baitlon; (2) CATHERINE A. BAITLON, individually; and (3) CALBERT H. BAITLON, individually; DECLARATION OF NOAH K. PETERSON; DECLARATION OF RYAN LOEFFERS; EXHIBIT "1"; PROPOSED ORDER FOR |

| | |
|---|---|
| CATHERINE A. BAITLON, and | )  EXAMINATION OF JUDGMENT |
| CALBERT H. BAITLON, | )  DEBTORS; CERTIFICATE OF |
| | )  SERVICE |
| Defendants. | ) |
| | ) |
| _____ | ) |

PLAINTIFFS' MOTION FOR ORDER OF
EXAMINATION OF JUDGMENT DEBTORS: (1) AKUA AIR
CONDITIONING LLC, a Hawaii Limited Liability Company, by its
members Catherine A. Baitlon and Calbert H. Baitlon; (2) CATHERINE
A. BAITLON, individually; and (3) CALBERT H. BAITLON, individually

Plaintiffs TRUSTEES OF THE HAWAII SHEET METAL WORKERS' TRUST FUNDS (hereinafter referred to as "Judgement Creditors"), through its attorneys, Yoshida & Associates, A Law Corporation, respectfully moves this Honorable Court for an Order directing 1) AKUA AIR CONDITIONING LLC, a Hawaii Limited Liability Company, by its Members Catherine A. Baitlon and Calbert H. Baitlon; 2) CATHERINE A. BAITLON, individually; and 3) CALBERT A. BAITLON, individually, (hereinafter referred to collectively as "Judgment Debtors"), to appear before a designated judge of this court at a time certain, for an examination under oath as to what property the Judgement Debtors owns or has/had any interest in, what debts are owing to Judgment Debtors, to produce the documents listed in said Order, and any further relief as the Court may require.

This motion is made pursuant to Rule 69 of the Federal Rules of Civil Procedure and Hawaii Revised Statutes Section 636-4 and is based upon the Declaration of Noah K. Peterson, Declaration of Ryan Loeffers, Exhibit "1" attached hereto, and the records and files included herein.

DATED: Honolulu, Hawaii,_____December 12_____, 2025.

YOSHIDA & ASSOCIATES
A Law Corporation


By___ */s/ Noah Peterson*_____
　　　NOAH K. PETERSION
　　　Counsel for Plaintiffs
　　　TRUSTEES OF THE HAWAII
　　　SHEET METAL WORKERS'
　　　TRUST FUNDS